

# NUMBER 13-22-00138-CR

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THE STATE OF TEXAS,                                                        Appellant,

v.

JAMES CLICK,                                                        Appellee.

### On appeal from the 36th District Court
### of San Patricio County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Order Per Curiam

This cause is before this Court on appellee James Click's fourth motion for extension of time to file a brief. Appellee's brief was initially due to be filed on July 14, 2022. This Court granted three motions for extensions of time to file the brief filed by appellee, and the brief was due on November 2, 2022. Appellee's counsel represents in his motion that he is a solo practitioner without any staff, has had numerous cases to

prepare for trial, and in the past week has been sick. Appellee requests a five-day extension to file the brief on November 7, 2022.

We grant appellee's fourth motion for extension of time and order appellee's brief to be filed on or before Monday, November 7, 2022. No further extensions of time will be granted.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed on the
3rd day of November, 2022.